No attorney on appeal for appellant.

Henry Wade, Dist. Atty., George Edwards, George P. Blackburn, Asst. Dist. Attys., Dallas, Leon Douglas, State's Atty., Austin, for the State.

## PER CURIAM

The offense is misdemeanor theft; the punishment, 60 days in jail.

The record on appeal contains no statement of facts or bills of exception. All proceedings appear to be regular and nothing is presented for review.

The judgment of the trial court is affirmed, and no motion for rehearing will be entertained in this appeal.

No attorney on appeal for appellant.

Leon Douglas, State's Atty., Austin, for the State.

## PER CURIAM.

This is an appeal from an order of the County Judge of Smith County refusing appellant's application for bail in a habeas corpus proceedings.

The record is before us without a statement of facts or bills of exception. In the absence thereof, nothing is presented for review.

The judgment is affirmed.

**Ex parte Harry L. WASHBURN.**

No. 27662.

Court of Criminal Appeals of Texas.

June 8, 1955.

**Ex parte Elmer D. SCATES.**

No. 27660.

Court of Criminal Appeals of Texas.

June 8, 1955.

